UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULI ANN SWEENY,

                Plaintiff,

    v.

NATIONSTAR MORTGAGE, LLC,

                Defendant.

Case No. C16-1424RSL

ORDER TO SHOW CAUSE

        On September 23, 2016, the Court issued an order requiring the parties to file a Joint Status Report by October 21, 2016. On October 5, 2016, the Court granted an extension to file the Joint Status Report by December 5, 2016. On December 2, 2016, the Court granted an extension to file the Joint Status Report by January 17, 2017. No such report has been filed and the parties have not sought or obtained a further extension of time in which to make the required submission. The parties shall, no later than Wednesday, February 8, 2017, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of December 2, 2016. The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, February 10, 2017.

ORDER TO SHOW CAUSE

1   DATED this 24th day of January, 2017.

*(signature)*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                -2-