Ann T. Marshall, WSBA No. 23533
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN, LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Telephone: 206-492-2300, ext. 3204
Facsimile: 206-492-2319
bbollero@afrct.com
*Attorneys for Defendant
Nationstar Mortgage LLC*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIINGTON AT SEATTLE

| | |
|---|---|
| JULI ANN SWEENY,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>               Defendant. | NO. 2:16-cv-01424-RSL<br><br>**DEFENDANT NATIONSTAR MORTGAGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT** |

      Defendant Nationstar Mortgage LLC responds to the Amended Complaint filed by Plaintiff Juli Ann Sweeny [Dkt. 2-1, pp. 53-90] as follows:

      1.     On information and belief, Nationstar admits the allegations of Paragraph 1 of Plaintiff's Amended Complaint.

104034/000047/01653560-1

| | |
|---|---|
| DEFENDANT NATIONSTAR MORTGAGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 1 | ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP<br>701 Pike Street, Suite 1560<br>Seattle, WA 98101<br>(206) 492-2300 \| Fax (206) 492-2319 |

2. Nationstar denies the allegations of Paragraph 2 of Plaintiff's Amended Complaint that its headquarters are in Dallas, Texas, and demands strict proof thereof. Nationstar admits the remaining allegations of Paragraph 2 of Plaintiff's Amended Complaint.

3. Paragraph 3 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits it services four of Plaintiff's mortgage loans, each of which is secured by real property located in King County, Washington (the "Subject Loans").

4. Paragraph 4 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, on information and belief, Nationstar admits Plaintiff owns the four Properties listed, all are located in King County, Washington, and that the Subject Loans were previously serviced by First Horizon Home loans.

5. Nationstar admits the allegations of Paragraph 5 of Plaintiff's Amended Complaint that it currently services the Subject Loans, and they were previously serviced by First Horizon Home Loans. Nationstar has insufficient information to admit or deny whether the Subject Loans were previously serviced by entities other than First Horizon Home Loans, and therefore denies that allegation and demands strict proof thereof.

6. Paragraph 6 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits the allegations of Paragraph 6 of Plaintiff's Amended Complaint. By way of further response, Nationstar asserts the documents speak for themselves.

104034/000047/01653560-1
DEFENDANT NATIONSTAR
MORTGAGE LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S AMENDED
COMPLAINT - 2

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

7. Paragraph 7 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar denies that the Effective Date of the Plan is May 4, 2010, and demands strict proof thereof. Nationstar admits the remaining allegations of Paragraph 7 of Plaintiff's Amended Complaint. By way of further response, Nationstar asserts the documents speak for themselves.

8. Paragraph 8 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits the allegations of Paragraph 8 of Plaintiff's Amended Complaint. By way of further response, Nationstar asserts the documents speak for themselves.

8.1 Paragraph 8.1 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits that Paragraph 8.1 correctly quotes the terms of the confirmed Plan. By way of further response, Nationstar asserts the documents speak for themselves.

8.2 Paragraph 8.2 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits that Paragraph 8.2 correctly quotes the terms of the confirmed Plan. By way of further response, Nationstar asserts the documents speak for themselves.

8.3 Paragraph 8.3 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits that Paragraph 8.3 correctly quotes the terms of the confirmed Plan. By way of further response, Nationstar asserts the documents speak for themselves.

104034/000047/01653560-1
DEFENDANT NATIONSTAR MORTGAGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 3

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

8.4     Paragraph 8.4 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar admits that Paragraph 8.4 correctly quotes the terms of the confirmed Plan. By way of further response, Nationstar asserts the documents speak for themselves.

9.      Paragraph 9 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar denies that increasing the interest rate on September 1, 2016, is in direct violation of the Order and the terms of the Plan, and demands strict proof thereof. Nationstar admits the remaining allegations of Paragraph 9 of Plaintiff's Amended Complaint that it has notified Plaintiff the interest rate was and/or would be increased on September 1, 2016. By way of further response, Nationstar asserts the documents speak for themselves.

10.     Paragraph 10 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar denies the allegations of Paragraph 10 of Plaintiff's Amended Complaint, and demands strict proof thereof. By way of further response, Nationstar asserts the documents speak for themselves.

11.     Paragraph 11 of Plaintiff's Amended Complaint states legal conclusions, requiring no response from Nationstar. To the extent a response may be required, Nationstar denies the allegations of Paragraph 11 of Plaintiff's Amended Complaint, and demands strict proof thereof. By way of further response, Nationstar asserts the documents speak for themselves.

104034/000047/01653560-1
DEFENDANT NATIONSTAR
MORTGAGE LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S AMENDED
COMPLAINT - 4

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

## AFFIRMATIVE DEFENSES

Defendant Nationstar Mortgage LLC following affirmative defenses to the Amended Complaint filed by Plaintiff Juli Ann Sweeny [Dkt. 2-1, pp. 53-90]:

1. Plaintiff's claims are barred in whole or in part by applicable Statutes of Limitation.

2. Plaintiff is precluded from obtaining the relief requested by virtue of estoppel, waiver, unclean hands, and/or laches.

3. Plaintiff's Amended Complaint fails to state a claim against Nationstar or any of its affiliates upon which relief may be granted.

4. Plaintiff has not suffered any actionable damages proximately caused by or attributable to, in whole or in part, the fault, negligence, and/or conduct of Nationstar or any of its affiliates.

5. The damages suffered by Plaintiff, if any, were proximately caused by or attributable to, in whole or in part, persons or entities other than Nationstar or any of its affiliates.

6. The damages suffered by Plaintiff, if any, were proximately caused by or attributable to, in whole or in part, the contributory fault, negligence, or conduct of Plaintiff.

7. The damages suffered by Plaintiff, if any, must be apportioned according to the relative contributory fault or negligence of Plaintiff.

8. Plaintiff has failed to mitigate her damages, if any.

9. Plaintiff suffered no loss from the actions of Nationstar.

104034/000047/01653560-1
DEFENDANT NATIONSTAR MORTGAGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 5

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

10. Plaintiff has failed to plead with particularity those claims for which she is required to do so.

11. The Court may lack jurisdiction over Nationstar due to failure of service and/or insufficient service of process.

12. Nationstar is entitled to a set-off against any judgment in the amount Plaintiff continues to owe on her loan obligations.

13. Plaintiff's claims are barred by the doctrine of accounts stated.

14. Plaintiff has failed to satisfy conditions precedent.

15. Nationstar reserves the right to plead other affirmative defenses as may be warranted by further investigation and discovery.

## ANSWER PRAYER FOR RELIEF

Wherefore, having fully answered Plaintiff's Amended Complaint [Dkt. 2-1, pp. 53-90], Defendant Nationstar Mortgage LLC prays for the following relief:

1. Dismissal of Plaintiff's Amended Complaint with prejudice;

2. An award of Nationstar's attorney's fees, expenses, and litigation costs; and

3. Such other and further relief in favor of Nationstar as may be deemed just and equitable.

DATED this 31st day of January, 2017.

    /s/ Barbara L. Bollero
Barbara L. Bollero, WSBA No. 28906
Ann T. Marshall, WSBA No. 23533
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101

104034/000047/01653560-1

DEFENDANT NATIONSTAR MORTGAGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 6

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

Phone: (206) 492-2300
Email: bbollero@afrct.com
Email: amarshall@afrct.com
*Attorneys for Defendant Nationstar Mortgage LLC*

104034/000047/01653560-1

DEFENDANT NATIONSTAR
MORTGAGE LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S AMENDED
COMPLAINT - 7

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to the following:

Craig S. Sternberg
Sternberg Thomson Okren & Scher, PLLC
520 Pike St., Suite 2250
Seattle, WA 98101-4013
*Attorneys for Plaintiff*

Signed this 31st day of January, 2017, at Seattle, Washington.

/s/ Tamorah Burt
Tamorah Burt, Legal Assistant
AFRCT, LLP

104034/000047/01653560-1
DEFENDANT NATIONSTAR MORTGAGE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT - 8

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319