Ann T. Marshall, WSBA No. 23533
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN, LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Telephone: 206-492-2300, ext. 3204
Facsimile: 206-492-2319
bbollero@afrct.com
*Attorneys for Defendant*
*Nationstar Mortgage LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULI ANN SWEENY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:16-cv-01424-RSL<br><br>**STIPULATION OF PARTIES AND [PROPOSED] ORDER THEREON EXTENDING EXPERT WITNESS REPORT DATE**<br><br>Noting Date: May 8, 2017 |

## I. RELIEF REQUESTED

Plaintiff Juli Ann Sweeny and Defendant Nationstar Mortgage LLC ("Nationstar") request the Court grant an extension of time of 28 days for them to exchange reports of expert

104034/000047/01734697-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING EXPERT WITNESS
REPORT DATE - 1

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

witnesses, pursuant to Fed. R. Civ. P. 26(a)(2). Ms. Sweeny and Nationstar have been and are currently engaging in settlement negotiations. To that end, the parties request this extension to determine whether the litigation may be resolved without the expenditure of unnecessary time and incurring unnecessary additional fees not related to settlement efforts and potential dismissal of the litigation. The parties request the deadline for the exchange of expert reports be extended from May 10, 2017, to June 7, 2017.

## II. FACTUAL BACKGROUND AND PROCEDURAL POSTURE

Plaintiff filed this action on August 4, 2016, in King County Superior Court. Nationstar removed the case to this Court on September 7, 2016. Ms. Sweeny and Nationstar have engaged in settlement discussions since shortly after Nationstar was served with the Summons. Ms. Sweeny took one month to respond to Nationstar's last offer, and is in the process of formulating a counter-demand. The parties believe it will be mutually beneficial to allow additional time to explore settlement, and determine whether further litigation will be required. To that end, they request an extension of time of four weeks, from May 10, 2017, to June 7, 2017, to disclose expert witness reports.

## III. ARGUMENT

LCR 7(j) provides in relevant part:

> A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline…. If a true, unforeseen emergency exists that prevents a party from meeting a deadline, and the emergency arose too late to file a motion for relief from the deadline, the party should contact the adverse party, meet and confer regarding an extension, and file a stipulation and proposed order with the court….

104034/000047/01734697-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING EXPERT WITNESS
REPORT DATE - 2

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

1  Here, because this is a stipulated motion under LCR 10(g), it is noted as a same-day
2  motion under LCR (d)(1). The parties have met and conferred and agreed that a four week
3  extension should provide enough time for the parties to determine if they are able to achieve
4  settlement and enter a settlement agreement, including a dismissal with prejudice, or else
5  provide expert witness reports to each other. The Court granted two previous extensions to
6  the parties to file their Joint Status Report. This is the first request for additional time
7  concerning discovery submitted by any party, and this request is made in good faith without
8  purpose of delay.

9  WHEREFORE, the Parties respectfully request an extension of time of four weeks,
10 from May 10, 2017, to June 7, 2017, to disclose expert witness reports.

11 Dated this 8th day of May, 2017.

*/s/ Craig S. Sternberg*
Craig S. Sternberg, WSBA No. 00521
sternberg thomson okrent & scher, PLLC
520 Pike St., Suite 2250
Seattle, WA 98101-4013
Telephone: (206) 386-5438
Fax: (206) 374-2868
Email: css@stoslaw.com
*Attorneys for Plaintiff*

18 Dated this 8th day of May, 2017.

*/s/ Barbara L. Bollero*
Ann T. Marshall, WSBA No. 23533
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
  CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Telephone: (206) 492-2300

104034/000047/01734697-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING EXPERT WITNESS
REPORT DATE - 3

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

Fax: (206) 492-2319
E-Mail: bbollero@afrct.com
*Attorneys for Defendant Nationstar Mortgage LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 11th day of May, 2017.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
U.S. District Court Judge

---

104034/000047/01734697-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING EXPERT WITNESS
REPORT DATE - 4

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319