Ann T. Marshall, WSBA No. 23533
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN, LLP
701 Pike Street, Suite 1560
Seattle, WA  98101
Telephone:  206-492-2300, ext. 3204
Facsimile:  206-492-2319
bbollero@afrct.com
*Attorneys for Defendant
Nationstar Mortgage LLC*

The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JULI ANN SWEENY,

          Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,

          Defendant.

NO. 2:16-cv-01424-RSL

**STIPULATION OF PARTIES AND [PROPOSED] ORDER THEREON EXTENDING CERTAIN CASE SCHEDULE DEADLINES**

Noting Date:  October 10, 2017

## I.    INTRODUCTION AND RELIEF REQUESTED

Pursuant to LCR 10(g), Plaintiff Juli Ann Sweeny and Defendant Nationstar Mortgage LLC ("Nationstar") request the Court grant an extension of certain deadlines

104034/000047/01870534-1

STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING CERTAIN CASE
SCHEDULE DEADLINES - 1

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

1 | scheduled in the Amended Order Setting Trail Date and Related Dates [Dkt. 23]. Ms. Sweeny and Nationstar have been continuously engaged in settlement negotiations concerning the accounting and terms of her four Nationstar-serviced loans, as set forth in her approved Chapter 11 Bankruptcy Plan of Reorganization and the amendments thereto. The parties have approved a form of Settlement Agreement, and are in the process of calculating and confirming the precise loan payments due for each step-up interest rate change date for each loan to include in that Agreement.

The parties request this extension to finalize their settlement, without the expenditure of unnecessary time and incurring unnecessary additional fees not related to settlement efforts and potential dismissal of the litigation. The parties request an extension of the following deadlines:

Reports from expert witnesses under FRCP 26(a)(2) due on October 31, 2017;

Discovery completed by October 31, 2017;

Settlement conference held no later than November 17, 2017;

All motions related to discovery noted on the motion calendar no later than December 1, 2017; and

Due to Plaintiff's counsel's unavailability, the trial date of February 5, 2018.

## II. FACTUAL BACKGROUND AND PROCEDURAL POSTURE

Plaintiff filed this action on August 4, 2016, in King County Superior Court. Nationstar removed the case to this Court on September 7, 2016. Ms. Sweeny and Nationstar have engaged in settlement discussions since shortly after Nationstar was served with the Summons.

104034/000047/01870534-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING CERTAIN CASE
SCHEDULE DEADLINES - 2

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

The parties have settled the case in principal. Delays in approving the final version of the Settlement Agreement have occurred due to the precise detailed information necessary for Nationstar to book the new accounting for the subject loans into its systems, and Ms. Sweeny to confirm those computations. The parties previously stipulated to, and the Court ordered, three extensions of the expert disclosure deadline [Dkts. 18, 20, and 23]. The parties believe it will be mutually beneficial to allow additional time to enter settlement, and determine whether further litigation will be required.

Plaintiff's counsel is not available during the month of February 2018. Plaintiff's counsel requests that a trial date be set after March 10, 2018, and Defendant does not oppose that request.

### III. ARGUMENT

LCR 10(g) provides: "If a stipulated motion would alter dates or schedules previously set by the court, the parties shall clearly state the reasons justifying the proposed change."

Here, because this is a stipulated motion under LCR 10(g), it is noted as a same-day motion under LCR (d)(1). The parties have met, conferred, and agree that the extensions outlined above should provide enough time for the parties to determine if they are able to finalize settlement and enter the Settlement Agreement, including a dismissal with prejudice. This is the first request for additional time concerning pre-trial and trial dates submitted by any party, and this request is made in good faith without purpose of delay.

104034/000047/01870534-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING CERTAIN CASE
SCHEDULE DEADLINES - 3

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

| | |
|---|---|
| 1 | WHEREFORE, the parties respectfully request an extension of the above-mentioned |
| 2 | case schedule deadlines. |
| 3 | Dated this 10th day of October, 2017. |
| 4 | |
| 5 | */s/ Craig S. Sternberg*<br>Craig S. Sternberg, WSBA No. 00521 |
| 6 | Sternberg Thomson Okrent & Scher, PLLC<br>520 Pike St., Suite 2250 |
| 7 | Seattle, WA 98101-4013<br>Telephone: (206) 386-5438 |
| 8 | Fax: (206) 374-2868<br>Email: css@stoslaw.com |
| 9 | *Attorneys for Plaintiff* |
| 10 | Dated this 10th day of October, 2017. |
| 11 | |
| 12 | */s/ Barbara L. Bollero*<br>Ann T. Marshall, WSBA No. 23533 |
| 13 | Barbara L. Bollero, WSBA No. 28906<br>ANGLIN FLEWELLING RASMUSSEN |
| 14 |   CAMPBELL & TRYTTEN LLP<br>701 Pike Street, Suite 1560 |
| 15 | Seattle, WA 98101<br>Telephone: (206) 492-2300 |
| 16 | Fax: (206) 492-2319<br>E-Mail: bbollero@afrct.com |
| 17 | *Attorneys for Defendant Nationstar Mortgage LLC* |
| 18 | |
| 19 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 20 | DATED this ____ day of October, 2017. |
| 21 | |
| 22 | _____ |
| 23 | JUDGE ROBERT S. LASNIK<br>U.S. District Court Judge |

104034/000047/01870534-1

STIPULATION OF PARTIES AND     ANGLIN FLEWELLING RASMUSSEN
[PROPOSED] ORDER THEREON     CAMPBELL & TRYTTEN LLP
EXTENDING CERTAIN CASE     701 Pike Street, Suite 1560
SCHEDULE DEADLINES - 4     Seattle, WA 98101
                        (206) 492-2300 | Fax (206) 492-2319

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to the following:

Craig S. Sternberg
Sternberg Thomson Okrent & Scher, PLLC
520 Pike St., Suite 2250
Seattle, WA 98101-4013
*Attorneys for Plaintiff*

Signed this 10th day of October, 2017, at Seattle, Washington.

/s/Tamorah Burt
Tamorah Burt, Legal Assistant
AFRCT, LLP

104034/000047/01870534-1
STIPULATION OF PARTIES AND
[PROPOSED] ORDER THEREON
EXTENDING CERTAIN CASE
SCHEDULE DEADLINES - 5

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319