Ann T. Marshall, WSBA No. 23533
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN, LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Telephone: 206-492-2300, ext. 3204
Facsimile: 206-492-2319
bbollero@afrct.com
*Attorneys for Defendant
Nationstar Mortgage LLC*

Judge Robert S. Lasnik

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

JULI ANN SWEENY,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,

    Defendant.

NO. 2:16-cv-01424-RSL

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**Noting Date: December 1, 2017**

### MOTION AND STIPULATION

The parties have completed performance of settlement terms and agree and stipulate to the following joint motion requesting dismissal of this matter with prejudice.

### Motion for Dismissal

In accordance with Fed. R. Civ. P. 41, the parties request the Court direct the Clerk to enter a judgment of dismissal with prejudice. The parties base their motion on the pleadings and papers on file, and the following memorandum and stipulation.

104034/000047/01903877-1
STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

Case No. 2:16-cv-01424-RSL

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

## Memorandum and Stipulation

1. On August 4, 2016, Plaintiff filed a Complaint to commence this action in King County Superior Court and on September 7, 2016, Defendant filed a notice of removal to this Court.

2. The parties have resolved the claims and actions between them by agreement.

3. Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate that all of Plaintiff's claims against the Defendant shall be dismissed with prejudice and without an award of attorney's fees or costs to any party.

## ORDER

The Court has reviewed the Stipulation above. The Stipulation is approved.

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED WITH PREJUDICE, and that each party shall bear their own costs and attorney's fees.

AND IT IS FURTHER ORDERED that the CLERK OF THE COURT shall enter a judgment dismissing this matter with prejudice.

DATED this 6th day of December, 2017.

_____
Robert S. Lasnik
United States District Judge
104034/000047/01903877-1
STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

Case No. 2:16-cv-01424-RSL

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

Presented through stipulation by:

/s/ Barbara L. Bollero
Barbara L. Bollero, WSBA No. 28906
Ann T. Marshall, WSBA No. 23533
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Phone: (206) 492-2300
Email: bbollero@afrct.com
Email: amarshall@afrct.com
*Attorneys for Defendant Nationstar Mortgage LLC*

Approved as to content and form;
Notice of Presentation waived:

/s/ Craig S. Sternberg
Craig S. Sternberg, WSBA No. 521
STERNBERG THOMSON OKREN & SCHER, PLLC
520 Pike Street, Suite 2250
Seattle, WA 98101
Phone: (206) 386-5438
Email: craig@stoslaw.com
*Attorneys for Plaintiff*

104034/000047/01903877-1
STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3

Case No. 2:16-cv-01424-RSL

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319